1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF WASHINGTON

9

10   HARRIET J. INESS,                   )
                                         )   No.  CV-09-0056-JPH
11                    Plaintiff,         )
                                         )   ORDER GRANTING STIPULATED
12   v.                                  )   MOTION TO REMAND
                                         )   (Ct. Rec. 19)
13   MICHAEL J. ASTRUE,                  )
     Commissioner of Social             )
14   Security,                           )
                                         )
15                    Defendant.         )

16
          The parties have filed a stipulated motion for remand of this
17
     case to the Commissioner for further administrative proceedings.
18
     (**Ct. Rec. 19**).  The parties have filed a consent to proceed before
19
     a magistrate judge.  (Ct. Rec. 8).
20
          After considering the stipulation, **IT IS ORDERED** that the
21
     above-captioned case is reversed and remanded pursuant to sentence
22
     four of 42 U.S.C. § 405(g).  On remand, an Administrative Law
23
     Judge (ALJ) will hold a *de novo* hearing and plaintiff may raise
24
     any issue. The ALJ will: (1) re-evaluate evidence from
25
     consultative psychologists Drs. Severinghaus and Charboneau; (2)
26
     obtain updated medical evidence, including a  psychiatric
27
     evaluation.; (3) obtain testimony from a medical  expert at the
28
     ORDER GRANTING STIPULATED MOTION
     FOR ORDER TO REMAND - 1

1   hearing; (4) complete the sequential evaluation process; and (5)

2   if applicable, re-evaluate plaintiff's alcohol abuse pursuant to

3   the regulations.

4        Because this remand is pursuant to sentence four of 42 U.S.C.

5   § 405(g) with a remand of the cause to the Commissioner for

6   further proceedings (*See, Melkonyan v. Sullivan*, 501 U.S. 89

7   (1991)), plaintiff is entitled to reasonable attorney's fees and

8   costs pursuant to 28 U.S.C § 2412(a),(d), upon proper request to

9   this Court.

10       Accordingly, this court **reverses** the Commissioner's decision.

11       **IT IS FURTHER ORDERED:**

12       1.   The parties' stipulated motion for an order of remand

13   (**Ct. Rec. 19**) is G**RANTED**.

14       2.   Judgment shall be entered for the **PLAINTIFF**.

15       3.   An application for attorney fees and costs may be

16   filed by separate motion.

17       4.   The District Court Executive is directed to enter

18   this Order, forward copies to counsel, and **close** this file.

19       **IT IS SO ORDERED.**

20       **DATED** this 17th day of November, 2009.

21
                              _s/James P. Hutton_
22                            JAMES P. HUTTON
                       UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

ORDER GRANTING STIPULATED MOTION
FOR ORDER TO REMAND - 2