1

2          **UNITED STATES DISTRICT COURT**

3          **EASTERN DISTRICT OF WASHINGTON**

4

5   HARRIET J. INESS,                    )
                                          )
6              Plaintiff,                 )
                                          )        NO.  CV-09-0056-JPH
7          vs.                            )
                                          )        **JUDGMENT IN A**
8   MICHAEL J. ASTRUE,                    )        **CIVIL CASE**
    Commissioner of Social Security,      )
9                                          )
               Defendant.                 )
10                                         )
    _____)
11

12          **STIPULATION BY THE PARTIES:**

13          The parties have stipulated to the remand of the captioned matter pursuant

14   to sentence four of 42 U.S.C. § 405(g).

15          **IT IS ORDERED AND ADJUDGED** that:

16          The matter is **REMANDED** for additional proceedings pursuant to sentence

17   four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18   **CLOSED.**

19          DATED this 17th day of November, 2009.

20                                          JAMES R. LARSEN
                                            District Court Executive/Clerk
21

22                                          by: ___s/ Karen White_____
                                                Deputy Clerk
23

24   cc: all counsel

25

26